No. 23,559.

EDWARD HAYEN, *Appellee,* v. E. J. GREENFIELD, *Appellant.*

Appeal from 'Marion district court; ROSWELL L. KING, judge. Opinion filed June 10, 1922. Affirmed.

*H. C. Castor,* of Wichita, and *K. W. Shartel,* of Des Moines, Ia., for the appellant.

*S. Burkholder,* and *W. H. Carpenter,* both of Marion, for the appellee.

*Per Curiam:* The questions presented by this appeal are similar to those disposed of in the case of *Schlotthauer v. Greenfield,* 110 Kan. 701, and the judgment of the district court is affirmed, on the authority of the decision in that case.